# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ADEKUNLE B. OJELADE,

        Plaintiff,

vs.                                 CASE NO. 5:08cv274/RS-AK

BILL McCOLLUM, State Attorney
General, and ALAN BENSE, Appropriations
and Finance Chair Member of the Florida
Senate,

        Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation

(Doc. 9).  Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2.     This case is dismissed without prejudice because Plaintiff has failed to

comply with two orders of the court or otherwise prosecute this case.

3.     The clerk is directed to close the file.

**ORDERED** on April 13, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**